# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 26, 2013

**By Facsimile**
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
June 28, 2013

Re: **United States v. Eric Lasane**
    **12 Cr. 524 (PGG)**

Dear Judge Gardephe:

I write with the consent of the government on behalf of my client, Eric Lasane, to request an adjournment of the sentencing hearing currently set in this case for Monday, July 1, 2013 to Thursday, August 22, 2013 at 10:30 a.m. This adjournment is requested to allow counsel to complete efforts to obtain court documents and transcripts related to Mr. Lesane's case and criminal history, and to conduct additional mitigation investigation. These materials are essential to the defense's preparation for Mr. Lesane's sentencing.

Additionally, the psychiatric evaluation requested by the defense has not been completed. Although our expert has met with and interviewed Mr. Lesane, collateral records that are essential to any diagnosis have only been received in our office recently, and have been forwarded to our expert for completion of the assessment.

If the Court requires additional information I can be reached at (212) 417-8734.

Respectfully submitted,

Christopher Flood
Assistant Federal Defender

cc: AUSA Jessica Lonergan (by facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/13