# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

August 9, 2013

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**By Facsimile**
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Eric Lesane**
    **12 Cr. 524 (PGG)**

**MEMO ENDORSED**

The Application is granted. Sentencing is adjourned to October 11, 2013 at 3:00 p.m.
SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Aug. 12, 2013

Dear Judge Gardephe:

I write with the consent of the government on behalf of my client, Eric Lesane, to request an adjournment of the sentencing hearing currently set in this case for Thursday, August 22, 2013 at 10:30 a.m. for at least two weeks to any time convenient to the Court. Undersigned counsel received today a long-awaited psychiatric report for Mr. Lesane, and a brief period is necessary to review this report with Mr. Lesane and incorporate it into the defense's sentencing submission.

If the Court requires additional information I can be reached at (212) 417-8734.

Respectfully submitted,

Christopher Flood
Assistant Federal Defender

cc: AUSA Jessica Lonergan (by facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/13

TOTAL P.002