

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2013

**BY ECF AND FACSIMILE**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **United States v. Eric Lesane**,
                12 Cr. 524 (PGG)

Dear Judge Gardephe:

       Sentencing in the above-captioned case is scheduled for 2:30 p.m. next Friday, October 18, 2013. Per my conversation with Your Honor's Deputy Clerk, the Government requests that the sentencing proceeding be rescheduled for 3:30 p.m. on the same day. Defense counsel consents to this request.

       The Government's sentencing memorandum is due tomorrow, October 11, 2013. As the Government received the defendant's sentencing memorandum today, October 10, 2013, the Government respectfully requests a short extension until Tuesday, October 15, 2013, the first business day next week. Defense counsel does not object to the Government's request.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

                          By: _____
                                Jessica R. Lonergan
                                Assistant United States Attorney
                                Southern District of New York
                                (212) 637-1038

cc:    Christopher Flood, Esq., counsel for Eric Lesane (by electronic mail)