# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 5, 2013

**Via Hand Delivery**

Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/13

Re: **United States v. Lesane**
    **No. 12 Cr. 524 (PGG)**

Dear Judge Gardephe:

I write to request that the Court enter an order withdrawing Steven M. Statsinger as counsel representing Eric Lesane in the above-referenced case. Mr. Statsinger no longer works for the Federal Defenders of New York and is now a judge on the New York County Criminal Court. Assistant Federal Defender Christopher A. Flood has assumed the representation of Eric Lesane.

Respectfully submitted,

Jennifer L. Brown
Attorney-in-Charge
Tel.: (212) 417-8722

cc: AUSA Jessica Rose Lonergan

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.
Dated: Nov. 7, 2013