UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JUDGE PAUL G. GARDEPHE
THURGOOD MARSHALL COURT HOUSE
40 FOLEY SQUARE
NEW YORK, N.Y., 10007

ERIC JAMEL LESANE
REG NO # 01025-054
FCI PEKIN
POSTAL BOX # 5000
PEKIN, I.L., 61555

DATED: 9th NIGHT OF APRIL, 2020

RE: UNITED STATES v. ERIC JAMEL LESANE, DOCKET NO# 12-524 (PGG)
UPDATE IN STATUS OF BOP CONDITIONS SURROUNDING THE BUREAU OF PRISONS AMID COVID-19 AND PETITIONERS MOTION LETTER REQUESTING COURT APPOINTED COUNSEL IN NEXUS TO SOUGHT HOME CONFINEMENT / DETENTION DUE TO COVID-19 AND CLOSING OF THE BRONX / NEW YORK HALFWAY HOUSES"

JUDGE GARDEPHE,

THIS PRESENTMENT IS IN CONNECTION TO MY PRIOR APRIL 5th, 2020 MOTION LETTER FILED WITH THE SOUTHERN DISTRICT OF NEW YORK, PRO SE INTAKE UNIT, REQUESTING THE COURT TO ORDER AND GRANT THIS PETITIONER COURT APPOINTED COUNSEL, TO AID IN, AND OR, THE COURT TO RELEASE PETITIONER TO HOME CONFINEMENT / DETENTION DUE TO (1) MY EARLIEST HOME DETENTION DATE BEING JULY 3RD, 2020, (2) THE BRONX HALFWAY HOUSE BEING CLOSED DOWN AND THE REST OF NEW YORK HALFWAY CENTERS AFFECTED BY THIS COVID-19 PANDEMIC, AND THE FURTHER HEREINTO SUPPORTED EVIDENCE ATTACHED VIA A MEMORANDUM TO THE BOP PRISON POPULATION FROM BOP DIRECTOR M.D. CARVAJAL STATING THE BIOWAR HARSH CONDITIONS WERE FORCE TO ENDURE, AND GROWING NUMBER OF INMATES NOW INFECTED WITH COVID-19 AND INMATES DEATHS AS A RESULT OF COVID-19 IN BOP CUSTODY.

JUDGE GARDEPHE, I DON'T WANT TO BE INFECTED AND OR DIE IN PRISON OVER THIS COVID-19 PANDEMIC. THE BUREAU IS JUST AS CONFUSED AND UNSTABLE EMOTIONALLY AND MENTALLY AS THE INMATES THEY GOVERN. ITS NOT THE PRISON POPULATION THATS AT RISK OF BEING THE HOST, ITS THE STAFF THAT COME IN AND OUT DAILY AND AROUND US EVERYDAY. OFFICERS ARE TAKEN OFF AND COMING UP SICK, OR STILL COMING INTO WORK SICK, AROUND US - SERVING OUR FOOD AND TOUCHING US. I AM SHORT OF THE TIME I WAS SENTENCE TO BY YOU AND ITS NOT MY FAULT THE HALFWAY CENTERS IN THE BRONX WERE CLOSED AND ITS NO REASON I SHOULD BE FURTHER AT RISK OF BEING INFECTED AND OR DYEING IN HERE.

I ASK AND RESPECTFULLY BEG THE COURT TO ALLOW ME TO BE RELEASE TO HOME CONFINEMENT WERE I'M SAFER

RESPECTFULLY REQUESTED & SUBMITTED
x E. [signature]
ERIC JAMEL LESANE

MEMO ENDORSED:

The application is denied.  Lesane pled guilty to felon in possession of a firearm, in violation of 18 U.S.C. § 922(g) (Dkt. Nos. 8, 62), and was sentenced to 94 months' imprisonment (Dkt. No. 28, 62).  His release date is January 3, 2021.  (Dkt. No. 67 at 2)  To the extent that Lesane seeks release to home confinement under 18 U.S.C. § 3624(c)(2), the Court lacks jurisdiction to issue such relief.  See United States v. Engleson, No. 13-CR-340-3 (RJS), 2020 WL 1821797, at *1 (S.D.N.Y. Apr. 10, 2020) (the "decision of whether to release an inmate to home confinement rests with the BOP").  To the extent that Lesane seeks compassionate release under 18 U.S.C. § 3582(c)(1)(A), the Government contends that he has not exhausted his administrative remedies and that exhaustion is mandatory.  (Dkt. No. 67 at 5-7)  Even if this Court were to reject the Government's exhaustion arguments, Lesane's application would fail on the merits.  Although Lesane has a history of asthma (Id. at 8 n.3), the Bureau of Prisons represents that no inmates or staff members have tested positive for COVID-19 at FCI-Pekin, where Lesane is housed.  (Id. at 2)  Lesane also presents a significant danger to the community.  He has a lengthy criminal record that includes numerous acts of violence and the possession of weapons.  (PSR ¶¶ 28-56)  The instant offense involves possession of a nine mm. Luger firearm with a defaced serial number.  Lesane has not been susceptible to community supervision in the past (see id. ¶ 37) and, while incarcerated, he has had multiple serious disciplinary infractions, including for possessing a dangerous weapon and assaulting another inmate.  (Dkt. No. 67 at 2)  In sum, Lesane has not demonstrated "extraordinary and compelling" reasons justifying his release, and he has not demonstrated that he would not present a danger to the community if his sentence were reduced. His application is therefore denied.  The Clerk of Court is directed to terminate Dkt. No. 66.  A copy of this memo endorsement will be mailed to Defendant by Chambers.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: May 6, 2020