

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2022

**BY CM/ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Eric Lesane*, 12 Cr. 524 (PGG);

Dear Judge Gardephe:

    The Government writes to request an adjournment of the VOSR status conference in this matter currently scheduled for May 18, 2022. As the Court is aware, the defendant was charged with additional criminal charges, which are currently pending in a matter before Judge Broderick. *See* 22 Cr. 110 (VSB). Because those criminal charges arise out of the same conduct that led to this VOSR proceeding, the Government respectfully requests that this matter be adjourned to allow the other criminal case to proceed, and requests leave to provide the Court with a status update in approximately 90 days. The Government has conferred with counsel for the defendant, who consent to this request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    /s/ Elizabeth A. Espinosa
        Elizabeth A. Espinosa
        Assistant United States Attorney
        Tel. 212-637-2216

cc: Jenna Dabbs, Esq.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: May 17, 2022