**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Eric Lesane*, 12 Cr. 524 (PGG);

Dear Judge Gardephe:

      The Government writes to provide an update on defendant Eric Lesane's pending criminal matter before Judge Broderick.  *See* 22 Cr. 110 (VSB).  As a threshold matter, the Government apologies for not filing an update on this matter by August 17, 2022; it was an inadvertent error and we will take steps to avoid missing deadlines going forward.

      The case before Judge Broderick remains pending and defense counsel was relieved in that matter and standby counsel appointed to confer with the defendant regarding representing himself in the matter before Judge Broderick.  The next conference in that matter is scheduled for October 21, 2022.  Because that case remains pending and those criminal charges arise out of the same conduct that led to this VOSR proceeding, the Government respectfully requests that this matter be adjourned to allow the other criminal case to proceed, and requests leave to provide the Court with a status update in approximately 90 days.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/ Elizabeth A. Espinosa
       Elizabeth A. Espinosa
       Assistant United States Attorney
       Tel. 212-637-2216

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: September 26, 2022