

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Eric Lesane*, 12 Cr. 524 (PGG);

Dear Judge Gardephe:

    The Government writes to provide an update on defendant Eric Lesane's pending criminal matter before Judge Broderick. *See* 22 Cr. 110 (VSB).

    The case pending before Judge Broderick is scheduled for trial on January 23, 2023. Because that case remains pending and those criminal charges arise out of the same conduct that led to this VOSR proceeding, the Government respectfully requests leave to provide the court with an update in approximately 60 days, which will allow sufficient time for the trial to be completed and the parties to confer about a schedule for the VOSR in this matter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ Elizabeth A. Espinosa
    Elizabeth A. Espinosa
    Assistant United States Attorney
    Tel. 212-637-2216

cc: counsel of record (*by ECF*)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.
Date: January 4, 2023