UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ERIC LESANE,

Defendant.

**ORDER**

12 Cr. 524 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

There will be a conference in this matter on **February 22, 2023 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
February 17, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge