UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ERIC LESANE,

                    Defendant.

**ORDER**

12 Cr. 524 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated today in open court, Jenna Dabbs's motion to be relieved as counsel for the Defendant is granted.  Raymond Gazer is hereby appointed as stand-by counsel for the Defendant.

      There will be a conference in this matter on **May 11, 2023, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      February 22, 2023

SO ORDERED.

Paul G. Gardephe
United States District Judge