**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2023

**MEMO ENDORSED**

The hearing is adjourned to July 18, 2023 at 2:00 p.m.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

June 5, 2023

**BY CM/ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Eric Lesane*, 12 Cr. 524 (PGG);

Dear Judge Gardephe:

The Government writes to advise the Court that the defendant's sentencing in his criminal matter before Judge Liman has been adjourned to July 10, 2023, at 2:00 p.m., at the request of the defendant. *See* 22 Cr. 110 (LJL). In light of that adjournment, the Government requests that the next proceeding in this matter, currently scheduled for June 8, 2023, be adjourned to a date after the defendant's sentencing. The parties are available in the afternoon of July 11, anytime July 12, the afternoon of July 13, anytime July 18, the morning of July 19, and the afternoon of July 20. If those dates are not convenient for the Court, the parties can confer about alternatives. The Government has been unable to directly confer with the defendant but conferred with stand by counsel, who advised that he anticipated that the defendant would be amenable to the request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Elizabeth A. Espinosa
Elizabeth A. Espinosa
Dominic A. Gentile
Assistant United States Attorney
Tel. 212-637-2216

cc: Raymond Gazer, Esq.