USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC JAMEL LESANE,

Movant,

-v-

UNITED STATES OF AMERICA,

Respondent.

26-CV-9185 (LJL)
26-CV-9217 (LJL)
22-CR-110 (LJL)
12-CR-524 (LJL)

ORDER TO ANSWER

LEWIS J. LIMAN, United States District Judge:

The Court, having concluded that the motion, brought under 28 U.S.C. § 2255,[1] should not be summarily denied as being without merit, hereby orders that:

The Clerk of Court shall electronically notify the Criminal Division of the United States Attorney's Office for the Southern District of New York that this order has been issued with respect to both abovementioned criminal actions.

Within 30 days of the date of this order, the United States Attorney's Office shall file separate responses to the motion with respect to each of the abovementioned criminal actions. Movant shall have 30 days from the date on which he is served with Respondent's response with respect to each abovementioned criminal action to reply to that response. Absent further order in the respective criminal actions, the motion will be considered fully submitted as of that date.

[1] Movant, in his Section 2255 motion, challenges two judgments of conviction—the September 6, 2023 criminal judgment in *United States v. Lesane*, 22-CR-110, and the September 6, 2023 supervised-release violation judgment in *United States v. Lesane*, 12-CR-524. Under Rule 2(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts ("Rule 2(d)"), "a moving party who seeks relief from more than one judgment must file a separate [Section 2255] motion covering each judgment." Because Movant is proceeding *pro se*, and to conform to Rule 2(d), the Court has directed the Clerk of Court to file Movant's Section 2255 motion in both criminal actions and to assign an associated civil docket number to each criminal action. Thus, this motion is to be treated as two Section 2255 motions challenging two separate judgments of conviction.

All further papers filed or submitted for filing must include the respective criminal docket number and will be docketed in the respective criminal action.

Dated: October 21, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge